IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In the Matter of the Search of** | ) ) ) | Docket No. 3:22-mj-52 |
| INFORMATION ASSOCIATED WITH DIANNE@CARTERREALTY1.COM THAT IS STORED AT PREMISES CONTROLLED BY ZOHO CORPORATION | ) ) ) ) ) ) | *UNDER SEAL* |

## ORDER SEALING SEARCH WARRANT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to William.Guappone@usdoj.gov).

SO ORDERED this 2nd day of February 2022.

Signed: February 2, 2022

_____
David S. Cayer
United States Magistrate Judge